**Joseph A. HEDIGER, Appellant, v. UNITED STATES of America.**

No. 14312.

United States Court of Appeals
Eighth Circuit.

Feb. 6, 1951.

Ben F. Turner, St. Louis, Mo., for appellant.

Ed Dupree, General Counsel, Office of the Housing Expediter, Leon J. Libeu, Assistant General Counsel, Office of the Housing Expediter, and Benjamin Freidson, Special Litigation Attorney, Office of the Housing Expediter, all of Washington, D. C., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

**HARBOR PLYWOOD CORPORATION, a Corporation, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 12660.

United States Court of Appeals
Ninth Circuit.

March 16, 1951.

Warren A. Doolittle, Seattle, Wash., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Lee A. Jackson, Harry Baum and Harry Marselli, Sp. Assts. to Atty. Gen., for respondent.

Before McALLISTER* and ORR, Circuit Judges, and GOODMAN, District Judge.

PER CURIAM.

The decision of the Tax Court is affirmed for the reasons stated by said Tax Court in its opinion reported in 14 T. C. 158.